UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAE JOHAN DUNCAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHCF WARDEN, et al.,<br><br>　　　　　Defendants. | No.  2:24-cv-00775-TLN-CKD<br><br><br>**ORDER** |

　　　　Plaintiff Diontae Johan Duncan ("Plaintiff"), a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 2, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Findings and Recommendations (ECF No. 19) are ADOPTED IN FULL.

　　　　2. Defendants Johnson, McCloud, the CHCF Warden, and John Does 1-4 are

DISMISSED from this action for failing to state a claim against them.

    3. The Clerk of Court is directed to update the docket to terminate these defendants from this action.

Date: October 28, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE