IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIONTAE DUNCAN,** | Case No. 2:24-cv-0775 TLN CKD P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **CHCF WARDEN, et al.,** | |
| Defendants. | |

On January 2, 2025, Defendants moved to extend the deadline to file their motion to opt-out of the early alternate dispute resolution (ADR) program for thirty-one-days, up to, and including February 3, 2025.

**IT IS HEREBY ORDERED** that:

1. Defendants' request is **GRANTED:** and

2. Defendants shall file any motion to opt out of the post-screening early ADR program on, or by, February 3, 2025.

Dated: January 3, 2025

  _____
  CAROLYN K. DELANEY
  UNITED STATES MAGISTRATE JUDGE

8, dunc24cv0775.36opt

1