IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIONTAE DUNCAN,**<br><br>Plaintiff,<br><br>v.<br><br>**CHCF WARDEN, et al. ,**<br><br>Defendants. | Case No. 2:24-cv-0775 TLN CKD<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO OPT-OUT OF EARLY ADR |

On February 3, 2025, Defendants filed a motion to opt out of the post-screening early alternative dispute resolution program. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 31) is GRANTED.
2. The ADR stay imposed on November 19, 2024 (ECF No. 26) is lifted.
3. Defendants shall file a response to plaintiff's complaint within 21 days of the date of this order.

Dated: February 7, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, dunc0775.optout

1