IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIONTAE DUNCAN,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CHCF WARDEN, et al. ,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:24-cv-00775-TLN-CKD (PC)<br><br>~~[PROPOSED]~~ ORDER |

　　On August 6, 2025, Defendants moved to extend the time to complete discovery *nunc pro tunc* and to file dispositive motions by 90 days. Good cause appearing, Defendants' request is GRANTED.

　　It is hereby ORDERED that the parties have until October 6, 2025 to complete discovery and until December 29, 2025 to file dispositive motions.

IT IS SO ORDERED

Dated:  08/06/25

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8, dunc0775.36.dso